1  TRINETTE G. KENT (State Bar No. 025180)
2  11811 North Tatum Blvd., Suite 3031
   Phoenix, Arizona 85028
3  Telephone: (480) 247-9644
4  Facsimile: (480) 717-4781
   tkent@lemberglaw.com
5

6  *Of Counsel to*
   Lemberg & Associates LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT 06905
9  Telephone: (203) 653-2250
10 Facsimile: (203) 653-3424

11 Attorneys for Plaintiff,
12 Kim Creech

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Kim Creech, | Case No.: 2:12-cv-02188-SLG |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** |
| Delta Outsource Group, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff, Kim Creech, by and through undersigned counsel, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 20, 2012

                              Respectfully submitted,

                              By:   /s/*Trinette G. Kent*
                              Trinette G. Kent, Esq.

                              *Of Counsel To:*

                              LEMBERG & ASSOCIATES L.L.C.
                              Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2012, a true and correct copy of the foregoing Plaintiff's Notice of Dismissal with Prejudice was filed electronically with the U.S. District Court for the District of Arizona and is available on ECF.

By /s/ *Allison Ercolano*
Paralegal to Trinette G. Kent